**TYSON & MENDES LLP**
GRIFFITH H. HAYES
Nevada Bar No. 7374
Email(s): ghayes@tysonmendes.com
TYRUS COBB
Nevada Bar No. 8031
tcobb@tysonmendes.com
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052
Telephone: (702) 724-2648
Facsimile: (702) 410-7684
*Attorneys for Defendant Sam's West, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HERBERT WONG, an individual, | Case No. 2:25-cv-01795-RFB-DJA |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO REMAND** |
| SAMS WEST, INC. dba SAM'S CLUB #4974, a foreign corporation; DOES Individuals 1-X; and ROE Corporations 1-X, inclusive, | |
| Defendants. | |

The parties to the above-captioned suit, by and through undersigned counsel, do hereby stipulate to remand the above-captioned action to the state district court.

**IT IS SO STIPULATED.**

Dated this 30th day of October, 2025.                Dated this 30th day of October, 2025.

**TYSON & MENDES LLP**                **JEREZ LAW, PLLC**

/s/ Griffith Hayes                /s/ Kaylee Havens

_____                _____
GRIFFITH H. HAYES                ISAIAH A. JEREZ
Nevada Bar No. 7374                Nevada Bar No. 11615
TYRUS COBB                KAYLEE HAVENS
Nevada Bar No. 8031                Nevada Bar No. 15561
2835 St. Rose Pkwy., Suite 140                4484 S. Pecos Road, Suite 145
Henderson, NV 89052                Las Vegas, NV 89121
*Attorneys for Defendant Sam's West, Inc.*                *Attorneys for Plaintiff*

1

1	**IT IS SO ORDERED.** The Clerk of Court is instructed to remand this matter and close the
2	case.
3	**DATED** this 31st day of October, 2025.

                                                                        _____
                                                                        **RICHARD F. BOULWARE, II**
                                                                        **UNITED STATES DISTRICT JUDGE**